NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF THE
WESTERN DISTRICT COURT

United States District Court for the Western District
of Wisconsin

File Number: _____

G'esa Kalafi FKA Stanley Felton,  ]   Notice of Appeal
        Plaintiff ]
v. ]   D.C. Case No: 16-cv-847slc
 ]
 ]
Shana Becker (now Shana Tom) ]
and Craig Tom

        Defendants.

Notice is hereby given that G'esa Kalafi FKA Stanley Felton in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from a final judgment of a §1983 civil action that alleged a First Amendment and Due Process violation where the Magistrate granted summary judgment to the above defendants (Shana Becker not being liable for violating plaintiff's First Amendment rights and her husband Craig Tom not being a bias hearing officer at plaintiff's Due Process hearing), entered in this action on the 22nd day of June, 2018.

Dated this 19th day of July, 2018

G'esa Kalafi FKA Stanley felton
#283330
Waupun Correctional Institution
BOX 351
Waupun, WI 53963
pro se litigant