IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

G'ESA KALAFI, f/n/a STANLEY FELTON,

Plaintiff,

v.

LEBBEUS BROWN, TIM HAINES,
CRAIG TOM, and TROY HERMANS,

Defendants.

ORDER

Case No. 16-cv-847-slc

*Pro se* plaintiff G'esa Kalafi has filed a motion to postpone the damages trial that is currently scheduled for October 9, 2018. Dkt. 128. Among the reasons he cites are that he is waiting for return calls from a number of lawyers whom he has contacted to try his case, he has limited access to the law library, the parties have discussed settlement on at least one occasion, and he needs time to marshal his resources to subpoena Shana (Becker) Tom as a witness at trial. These reasons, in addition to the fact that Kalafi is proceeding *pro se* and has not previously asked for a continuance, are sufficient to warrant granting the motion.

Accordingly, IT IS ORDERED that:

1. The October 9, 2018 trial date and all dates established in the Trial Preparation Order issued August 24, 2018 are STRICKEN.

2. The following dates are available for trial: November 5, 2018; Tuesday, November 13, 2018; December 3, 2018; and December 10, 2018. Not later than September 20, 2018, the parties must report which of these dates they can try this case, listing them in order of preference.

3. Not later than September 21, 2018, the State shall file a response to the following: plaintiff's motion to present Shana Becker's Victim Impact Statement at trial (dkt. 127);

plaintiff's request for the issuance of writs of habeas corpus ad testificandum for witnesses Karry Hilley and Leighton Lindsey (dkts. 97, 98, 123); plaintiff's request to prep his witnesses for trial (dkt. 126); and plaintiff's informal request (presented in dkt. 128) to subpoena Shana Becker to appear at trial.

4. The court will set new dates for pretrial submissions once it sets the new trial date.

Entered this 12th day of September, 2018.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge