IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

G'ESA KALAFI

FORMERLY KNOWN AS STANLEY FELTON,

    Plaintiff,

v.

LEBBEUS BROWN, TIM HAINES, SHANA
BECKER, CRAIG TOM, AND TROY HERMANS,

    Defendants.

16-cv-847-slc

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Tim Haines and Shana Becker as to plaintiff G'esa Kalafi's First Amendment retaliation claim against defendants Haines and Becker; and in favor of defendant Craig Tom as to plaintiff's due process claim against defendant Tom.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff against defendants Lebbeus Brown, Craig Tom and Troy Hermans as to plaintiff's First Amendment retaliation claim against defendants Brown, Tom and Hermans.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff against defendant Craig Tom as to plaintiff's First Amendment retaliation claim in the amount of $5,000 in accordance with the jury's verdict on punitive damages.

Approved as to form this 13th day of March, 2019.

_____
Stephen L. Crocker
Magistrate Judge

_____   _3/14/19_____
Peter Oppeneer, Clerk of Court                    Date