IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

G'ESA KALAFI

FORMERLY KNOWN AS STANLEY FELTON,

    Plaintiff,

v.

16-cv-847-slc

LEBBEUS BROWN, TIM HAINES, SHANA BECKER, CRAIG TOM, AND TROY HERMANS,

    Defendants.

---

ORDER

---

The parties jointly report that in lieu of pursuing post-trial motions and appeal, they have reached a settlement. *See* dkt. 192. In light of the parties' joint request, IT IS ORDERED that the judgment entered March 14, 2019 is VACATED and this case is DISMISSED WITH PREJUDICE. Each party shall be responsible for its own fees and costs.

Entered this 9th day of April, 2019.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge